In the Matter of PAUL J. HINES, Appellant, against PATRICK WALSH, as Fire Commissioner of the City of New York, Respondent.

Argued October 2, 1945; decided October 25, 1945.

*Benjamin H. Siff* and *William W. Heiberger* for appellant. *Ignatius M. Wilkinson, Corporation Counsel (Morris Shapiro* and *James Hall Prothero* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.